```
1   BRAHSMON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
    Alan R. Plutzik ( Bar No. 077785)
2   L. Timothy Fisher (Bar No. 191626)
3   Kathryn A. Schofield (Bar No. 202939)
    2125 Oak Grove Road, Suite 120
4   Walnut Creek, California 94598
    Telephone:  (925) 945-0200
5   Facsimile:  (925) 945-8792
6
    SCHIFFRIN & BARROWAY, LLP
7   Eric L. Zagar
8   Sandra G. Smith
    280 King of Prussia Road
9   Radnor, PA 19087
    Telephone: (610) 667-7706
10  Facsimile: (610) 667-7056
11
    Attorneys for Plaintiff
12
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IRWIN BERKOWITZ, Derivatively on Behalf of Nominal Defendant AFFYMETRIX, INC., <br><br>            Plaintiff, <br><br> v. <br><br> STEPHEN P.A. FODOR, SUSAN E. SIEGEL, BARBARA A. CAULFIELD, GREGORY T. SCHIFFMAN, RONALD D. VERDOORN, EDWARD M. HURWITZ, VERNON A. NORVIEL, KENNETH J. NUSSBACHER, RICHARD PRAVA, JOHN A. YOUNG, DAVID B. SINGER, VERNON R. LOUCKS, JR., JOHN D. DIEKMAN and PAUL BERG, <br>            Defendants, <br>               and <br><br> AFFYMETRIX, INC., <br>            Nominal Defendant. | No. C06-05353 JW (PVT) <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION FOR FILING ANSWER OR OTHERWISE RESPONDING TO THE COMPLAINT |

STIPULATION REGARDING EXTENSION FOR FILING ANSWER
OR OTHERWISE RESPONDING TO THE COMPLAINT – Case No. C06-05353 JW (PVT)

WHEREAS, Plaintiff Irwin Berkowitz ("Plaintiff Berkowitz") and Samuel D. Powers, the plaintiff in <u>Powers v. Fodor, et al.</u>, 06-cv-5634-PVT ("Plaintiff Powers") intend to file a motion to consolidate this action and the <u>Powers</u> action;

WHEREAS, counsel for Plaintiff Berkowitz and Defendants have met and conferred and have agreed to extend Defendants' time for filing an Answer or otherwise responding to Plaintiff Berkowitz's Complaint; and

WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff Berkowitz and Defendants, through their respective counsel of record, as follows:

1.  The time for Defendants to answer or otherwise respond to Plaintiff Berkowitz's Complaint shall be extended until Plaintiff Berkowitz and Plaintiff Powers have filed a motion to consolidate this action and the <u>Powers</u> action, and an Amended Complaint has been filed in the consolidated action.

2.  Upon either 1) consolidation of this action with the <u>Powers</u> action, or 2) the Court's denial of a motion for consolidation of the two actions, counsel for Defendants will meet and confer with counsel for the Plaintiffs in the consolidated action to determine a schedule for filing of the Amended Complaint, filing of an answer or other response to the Amended Complaint, and a briefing schedule for any motion filed in response to the Amended Complaint.

STIPULATION REGARDING EXTENSION FOR FILING ANSWER
OR OTHERWISE RESPONDING TO THE COMPLAINT – Case No. C06-05353 JW (PVT)

- 2 -

IT IS SO STIPULATED.

DATED: October 10, 2006

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By: _____
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
Kathryn A. Schofield (Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN & BARROWAY, LLP
Eric Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706

*Counsel for Plaintiff*

---

STIPULATION REGARDING EXTENSION FOR FILING ANSWER
OR OTHERWISE RESPONDING TO THE COMPLAINT No. C-06-05353-JW PVT
- 3 -

| | | |
|---|---|---|
| 1 | DATED: October 10, 2006 | DAVIS POLK & WARDWELL |

By: _____
Arthur J. Burke (Bar No. 229589)
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2004
Facsimile: (650) 752-3605

and

Justin Goodyear
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4832
Facsimile: (212) 450-3832

*Counsel for Defendants*

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 11, 2006

_____
JUDGE JAMES WARE

STIPULATION REGARDING EXTENSION FOR FILING ANSWER
OR OTHERWISE RESPONDING TO THE COMPLAINT – Case No. C06-05353 JW (PVT)

- 4 -