IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Irwin Berkowitz, derivatively on behalf of nominal defendant Affymetrix, Inc., <br><br>                Plaintiff,<br>   v.<br><br>Stephen P.A. Fodor, et al.,<br><br>                Defendants,<br><br>      and<br><br>Affymetrix, Inc.,<br><br>                Nominal Defendant. | NO. C 06-05353 JW<br><br>Related Case No. C 06-5634 JW<br><br>**ORDER VACATING HEARING ON MOTIONS TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL** |

The Court deems the motions to consolidate cases and to appoint lead plaintiff and lead counsel appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on November 20, 2006 is vacated. The parties shall still appear for the case management conference scheduled on that day.

Dated: November 15, 2006

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Alan R. Plutzik aplutzik@bramsonplutzik.com
Arthur Joseph Burke arthur.burke@dpw.com
3 Eric L. Zagar ezagar@sbclasslaw.com
Kathryn A. Schofield kschofield@bramsonplutzik.com
4 L. Timothy Fisher ltfisher@bramsonplutzik.com

**Dated:  November 15, 2006**                                   **Richard W. Wieking, Clerk**

                                                                **By:  /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**