ARTHUR J. BURKE (229589)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2005
Facsimile: (650) 752-3605
E-mail address: arthur.burke@dpw.com
*Counsel for Defendants*

TRAVIS E. DOWNS III (148274)
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail address: travisd@lerachlaw.com
*Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IRWIN BERKOWITZ, Derivatively on Behalf of Nominal Defendant AFFYMETRIX, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN P.A. FODOR, et al.,<br><br>Defendants. | Case No.: C06-5353-JW<br><br>(Derivative Action) |
| MAXINE HORWICH, Derivatively on Behalf of Nominal Defendant AFFYMETRIX, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN P.A. FODOR, et al.,<br><br>Defendants. | Case No.: C06-5634-JW<br><br>(Derivative Action)<br><br>[PROPOSED] ORDER REGARDING SCHEDULE FOR ALTERNATIVE DISPUTE RESOLUTION |

**ORDER**

The parties' time to hold an Alternative Dispute Resolution session is extended until May 31, 2007.

Dated: February 15, 2007

_____
JAMES WARE
United States District Judge

1

[PROPOSED] ORDER REGARDING SCHEDULE FOR ALTERNATIVE DISPUTE RESOLUTION,
CASE NOS.: C06-5353-JW AND C06-5634-JW

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 5:06-cv-05353-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Joseph Burke**
  arthur.burke@dpw.com
  susan.gonzalez@dpw.com;justin.goodyear@dpw.com;Michael_Malecek@affymetrix.com;Shannon_Wall@affymetrix.com;ellen.bandel@dpw.com
- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com mfogle@bramsonplutzik.com
- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com
- **Kathryn A. Schofield**
  kschofield@bramsonplutzik.com mfogle@bramsonplutzik.com
- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```

# Mailing Information for a Case 5:06-cv-05634-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Joseph Burke**
  arthur.burke@dpw.com
  susan.gonzalez@dpw.com;justin.goodyear@dpw.com;Michael_Malecek@affymetrix.com;Shannon_Wall@affymetrix.com;ellen.bandel@dpw.com
- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com
- **William S. Lerach**
  e_file_sf@lerachlaw.com
- **Darren J. Robbins**
- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachlaw.com;travisd@lerachlaw.com;cwood@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`