ARTHUR J. BURKE (229589)
RAJAT SONI (242644)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2005
Facsimile:  (650) 752-3605
E-mail address: arthur.burke@dpw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In Re Affymetrix Derivative Litigation | Case No. C 06-5353 JW |
| | **STIPULATION AND [PROPOSED] ORDER ESTABLISHING A NEW BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |
| This Document Relates To: ALL ACTIONS | |

## STIPULATION

Whereas, there is presently a consolidated shareholder derivative action against certain of the present and former officers and directors of Affymetrix, Inc. ("Affymetrix") on file in this Court which is styled as In re Affymetrix Derivative Litigation, Case No. C 06 5353 JW;

Whereas, on November 20, 2006, the Court entered an Order Consolidating Cases; Appointing Lead Plaintiffs and Lead Counsel; Setting Briefing Schedule, which directed Lead Plaintiffs to file a Consolidated Complaint no later than January 10, 2007, and established the following briefing schedule on Defendants' motion to dismiss: Defendants' motion to dismiss due February 19, 2007; opposition to motion to dismiss due April 2, 2007; and Defendants' reply due April 23, 2007. The Court also set a hearing on the motion to dismiss for May 14, 2007 at 9:00 a.m.;

Whereas, Lead Plaintiffs filed and served a Verified Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on January 10, 2007;

Whereas, on February 19, 2007, nominal defendant Affymetrix and all individual defendants (collectively, the "Defendants") filed and served a motion to dismiss the Consolidated Complaint, and individual defendant Ronald Verdoorn also filed a motion to dismiss the claims asserted against him in the Consolidated Complaint (collectively, the "Motions");

Whereas, on April 2, 2007, in lieu of an opposition to the Motions, Lead Plaintiffs filed and served a Verified Amended Consolidated Shareholder Derivative Complaint ("Amended Consolidated Complaint");

Whereas, in view of Lead Plaintiffs' filing of an Amended Consolidated Complaint, the parties wish to clear the Court's docket of the pending Motions and to establish a briefing schedule for any motions to dismiss the Amended Consolidated Complaint;

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

1. The Consolidated Complaint is deemed withdrawn and superseded by the Amended Consolidated Complaint as of April 2, 2007.

2. The Motions to dismiss the Consolidated Complaint are deemed withdrawn.

3. Any motions to dismiss the Amended Consolidated Complaint shall be filed no later than May 21, 2007.

4. Lead Plaintiffs' opposition to any motions to dismiss the Amended Consolidated Complaint shall be filed no later than July 9, 2007.

5. Any reply in support of any motion to dismiss the Amended Consolidated Complaint shall be filed no later than July 30, 2007.

6. The hearing on any motion to dismiss that may be filed by Defendants is set for August 20, 2007 at 9:00 a.m.

Dated: April 16, 2007          DAVIS POLK & WARDWELL


By: /s/ Rajat Soni
    Arthur J. Burke (229589)
    Rajat Soni (242644)
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone:   (650) 752-2005
    Facsimile:   (650) 752-3605
    E-mail address: arthur.burke@dpw.com

*Counsel for Defendants*


Dated: April 16, 2007          AFFYMETRIX LITIGATION UNIT

By: /s/ Peter Root
    Peter E. Root (142348)
    6550 Vallejo Street, Suite 100
    Emeryville, California 94608
    Telephone:   (510) 428-8517
    Facsimile:   (510) 428-8583
    E-mail address: peter_root@affymetrix.com

*Counsel for Individual Defendants*


Dated: April 16, 2007          SCHIFFIRIN BARROWAY, TOPAZ & KESSLER, LLP

By: /s/ Robin Winchester

STIPULATION AND PROPOSED ORDER ESTABLISHING NEW BRIEFING SCHEDULE
CASE NO. C 06-5353 JW

Eric L. Zagar
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone:    (610) 667-7706
Facsimile:    (610) 667-7056
E-mail address: ezagar@sbtklaw.com

*Counsel for Lead Plaintiffs*

Dated:   April 16, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


By:  /s/ Travis Downs / RS
    _____
Travis E. Downs, III (148274)
Benny C. Goodman (211302)
655 West Broadway, Suite 1900l
San Diego, California 92101
Telephone:    (619) 231-1058
Facsimile:    (619) 231-7423
E-mail address: travisd@lerachlaw.com

*Counsel for Lead Plaintiffs*

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED:  April 24 2007

/s/ James Ware
_____
JAMES WARE
United States District Judge