1  ROBIN WINCHESTER
   SCHIFFRIN BARROWAY
2  TOPAZ & KESSLER LLP
   280 King of Prussia Road
3  Radnor, PA 19087
4  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
5  E-mail address: rwinchester@sbtklaw.com
   *Lead Counsel for Lead Plaintiffs*
6
7  TRAVIS E. DOWNS III (148274)
   LERACH COUGHLIN STOIA GELLER
8     RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
9  San Diego, CA 92101-3301
   Telephone: (619) 231-1058
10 Facsimile: (619) 231-7423
   E-mail address: travisd@lerachlaw.com
11 *Lead Counsel for Lead Plaintiffs*

12 ARTHUR J. BURKE (229589)
   RAJAT SONI (242644)
13 DAVIS POLK & WARDWELL
   1600 El Camino Real
14 Menlo Park, CA 94025
   Telephone: (650) 752-2005
15 Facsimile: (650) 752-3605
   E-mail address: arthur.burke@dpw.com
16 *Counsel for Defendants*

17

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re Affymetrix Derivative Litigation | Case No.: C06-5353-JW |
| | STIPULATION, AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE |
| This Document Relates To: ALL ACTIONS | |

STIPULATION, AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
CASE NO.: C06-5353-JW

## STIPULATION

Whereas, there is presently a consolidated shareholder derivative action against certain of the present and former officers and directors of Affymetrix, Inc. ("Affymetrix") on file in this Court which is styled as *In re Affymetrix Derivative Litigation*, Case No. C 06 5353 JW;

Whereas, on April 24, 2007, this Court entered an Order Setting a New Briefing Schedule for Motions to Dismiss which required Plaintiffs' opposition to any motions to dismiss the Amended Consolidated Complaint to be filed by no later then July 9, 2007 and Defendants reply in support of any motion to dismiss the Amended Complaint to be filed by no later than July 30, 2007;

Whereas Plaintiffs have requested a two week extension for the filing of their opposition brief and Defendants have agreed to such extension.

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

Lead Plaintiffs' opposition to any motions to dismiss the Amended Consolidated Complaint shall be filed no later than July 23, 2007.

Any reply in support of any motion to dismiss the Amended Consolidated Complaint shall be filed no later than August 13, 2007.

Dated: July 10, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP

By: */s Robin Winchester*
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail address: rwinchester@sbtklaw.com
*Lead Counsel for Lead Plaintiffs*

STIPULATION, AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
CASE NO.: C06-5353-JW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 10, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | | |
| 4 | | By: /s Travis Downs<br>Travis E. Downs III (148274) |
| 5 | | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301 |
| 6 | | Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 |
| 7 | | E-mail address: travisd@lerachlaw.com<br>*Lead Counsel for Lead Plaintiffs* |
| 8 | | |
| 9 | | ----and---- |
| 10 | Dated: July 10, 2007 | DAVIS POLK & WARDWELL |
| 11 | | |
| 12 | | By: /s Arthur J. Burke<br>Arthur J. Burke (229589) |
| 13 | | Rajat Soni (242644)<br>1600 El Camino Real |
| 14 | | Menlo Park, California 94025<br>Telephone: (650) 752-2005 |
| 15 | | Facsimile: (650) 752-3605<br>*Counsel for Defendants* |
| 16 | | |
| 17 | Dated: July 10, 2007 | AFFYMETRIX LITIGATION UNIT |
| 18 | | By: /s Peter E. Root |
| 19 | | Peter E. Root (142348)<br>6550 Vallejo Street, Suite 100 |
| 20 | | Emeryville, California 94608<br>Telephone: (510) 428-8517 |
| 21 | | Facsimile: (510) 428-8583<br>E-mail address: peter_root@affymetrix.com |
| 22 | | *Counsel for Individual Defendants*<br>*   *   * |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 11 2007

*[signature]*

JUDGE JAMES WARE

---

STIPULATION, AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
CASE NO.: C06-5353-JW