| | |
|---|---|
| 1 | ROBIN WINCHESTER |
| 2 | SCHIFFRIN BARROWAY<br>TOPAZ & KESSLER LLP |
| 3 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 4 | Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |
| 5 | E-mail address: rwinchester@sbtklaw.com |
| 6 | *Lead Counsel for Lead Plaintiffs* |
| 7 | TRAVIS E. DOWNS III (148274)<br>LERACH COUGHLIN STOIA GELLER |
| 8 |   RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900 |
| 9 | San Diego, CA 92101-3301<br>Telephone: (619) 231-1058 |
| 10 | Facsimile: (619) 231-7423 |
| 11 | E-mail address: travisd@lerachlaw.com<br>*Lead Counsel for Lead Plaintiffs* |
| 12 | ARTHUR J. BURKE (229589) |
| 13 | RAJAT SONI (242644)<br>DAVIS POLK & WARDWELL |
| 14 | 1600 El Camino Real<br>Menlo Park, CA 94025 |
| 15 | Telephone: (650) 752-2005<br>Facsimile: (650) 752-3605 |
| 16 | E-mail address: arthur.burke@dpw.com<br>*Counsel for Defendants* |
| 17 | |
| | (additional counsel listed on signature pages) |

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re Affymetrix<br>Derivative Litigation<br>_____<br>This Document Relates To:<br>ALL ACTIONS<br>_____ | ) ) ) ) ) ) ) ) ) ) | Case No.: C06-5353-JW<br><br>**STIPULATION REGARDING REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION AND [PROPOSED] ORDER OF REFERRAL** |

1  WHEREAS, the Court ordered the parties to pursue alternative dispute resolution by order
2  dated November 14, 2006;
3  WHEREAS, after meeting and conferring, the parties have agreed upon the selection of
4  the Honorable Richard G. Seeborg, United States Magistrate Judge, to act as a mediator in this
5  case;
6  WHEREAS, it is hereby stipulated and agreed, that the parties shall participate in non-
7  binding mediation before Magistrate Judge Seeborg;
8  WHEREAS, the parties have been informed by Magistrate Judge Seeborg's chambers that
9  a referral from the Court is necessary for Magistrate Judge Seeborg to serve as a mediator in this
10 case;
11 WHEREFORE, the parties request that the Court enter an Order referring the parties to
12 mediation before Magistrate Judge Seeborg.

Dated: August 6, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP

By: /s/
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail address: rwinchester@sbtklaw.com
*Lead Counsel for Lead Plaintiffs*

STIPULATION REGARDING REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION AND [PROPOSED] ORDER
CASE NO.: C06-5353-JW

| | | |
|---|---|---|
| 1 | Dated: August 6, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | _____ | |
| 3 | | By: /s/ _____ |
| 4 | | Travis E. Downs III (148274) |
| | | 655 West Broadway, Suite 1900 |
| 5 | | San Diego, CA 92101-3301 |
| | | Telephone: (619) 231-1058 |
| 6 | | Facsimile: (619) 231-7423 |
| | | E-mail address: travisd@lerachlaw.com |
| 7 | | *Lead Counsel for Lead Plaintiffs* |

----and----

| | | |
|---|---|---|
| 9 | Dated: August 6, 2007 | DAVIS POLK & WARDWELL |
| 10 | _____ | |
| 11 | | By: /s/ _____ |
| 12 | | Arthur J. Burke (229589) |
| | | Rajat Soni (242644) |
| 13 | | 1600 El Camino Real |
| | | Menlo Park, California 94025 |
| 14 | | Telephone: (650) 752-2005 |
| | | Facsimile: (650) 752-3605 |
| 15 | | *Counsel for Defendants* |

| | | |
|---|---|---|
| 16 | Dated: August 6, 2007 | AFFYMETRIX LITIGATION UNIT |
| 17 | _____ | |
| 18 | | By: /s/ _____ |
| 19 | | Peter E. Root (142348) |
| | | 6550 Vallejo Street, Suite 100 |
| 20 | | Emeryville, California 94608 |
| | | Telephone: (510) 428-8517 |
| 21 | | Facsimile: (510) 428-8583 |
| | | E-mail address: peter_root@affymetrix.com |
| 22 | | *Counsel for Individual Defendants* |

<u>Attestation Pursuant To General Order 45</u>

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of August, 2007, at Walnut Creek, California.

/s/ Alan R. Plutzik
Alan R. Plutzik

STIPULATION REGARDING REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION AND [PROPOSED] ORDER
CASE NO.: C06-5353-JW

2

# [PROPOSED] ORDER

Pursuant to the parties' stipulation to participate in non-binding mediation and to further the Court's objective of promoting justice through the timely and expeditious handling of all actions and FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties participate in a non-binding mediation of this case before Hon. Richard G. Seeborg at such time and in such manner as Judge Seeborg may direct.

The parties shall contact Judge Seeborg's Chambers within ten (10) days of this Order to arrange an appropriate schedule. Once the parties receive a schedule from Judge Seeborg, the parties shall **immediately** file a Joint Statement advising the Court whether a hearing on Defendants' Motions to Dismiss presently scheduled for September 10, 2007 should be continued pending the conference with Judge Seeborg.

Dated: August 13, 2007

_____
JAMES WARE
United States District Judge