1  ARTHUR J. BURKE (229589)
   RAJAT SONI (242644)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, CA 94025
   Telephone: (650) 752-2005
4  Facsimile: (650) 752-3605
   E-mail address: arthur.burke@dpw.com
5  *Counsel for Defendants*

6  ROBIN WINCHESTER
   SCHIFFRIN BARROWAY
7  TOPAZ & KESSLER LLP
8  280 King of Prussia Road
   Radnor, PA 19087
9  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
10 E-mail address: rwinchester@sbtklaw.com
   *Lead Counsel for Lead Plaintiffs*
11
12 TRAVIS E. DOWNS III (148274)
   COUGHLIN STOIA GELLER
13   RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
14 San Diego, CA 92101-3301
   Telephone: (619) 231-1058
15 Facsimile: (619) 231-7423
   E-mail address: travisd@csgrr.com
16 *Lead Counsel for Lead Plaintiffs*
17
   (additional counsel listed on signature pages)

18              **UNITED STATES DISTRICT COURT**
19              **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN JOSE DIVISION**
20
21 In Re Affymetrix                    )   Case No.: C06-5353-JW (PVT)
   Derivative Litigation               )
22                                     )   **STIPULATION REGARDING**
   _____ )   **ATTENDANCE AT SETTLEMENT**
                                       )   **CONFERENCE AND [PROPOSED]**
23 This Document Relates To:           )   **ORDER**
   ALL ACTIONS                         )
24 _____ )

25
26
27
28

1  WHEREAS, this Court ordered counsel to appear at a settlement conference on September
2  28, 2007 "with the parties and with the person or persons having full authority to negotiate or
3  settle the case" and with representatives from the parties' insurance carriers;

4  WHEREAS, after meeting and conferring, the parties have agreed that a representative of
5  the defendants' primary insurance carrier will be present for the mediation session;

6  WHEREAS, the undersigned counsel will make arrangements to ensure that the parties
7  represented by them can be contacted promptly during the mediation session if their views or
8  assent are required; and

9  WHEREAS, it is hereby stipulated and agreed that the undersigned counsel will appear at
10  the settlement conference on September 28, 2007;

11  THEREFORE, the parties request that this Court enter an Order excusing the attendance
12  of the parties and representatives of the defendants' excess insurance carriers at the September 28,
13  2007 settlement conference.

14  Dated: September 17, 2007                DAVIS POLK & WARDWELL

15                                          By: _____
                                            Arthur J. Burke (229589)
16                                          Rajat Soni (242644)
                                            1600 El Camino Real
17                                          Menlo Park, California 94025
                                            Telephone: (650) 752-2005
18                                          Facsimile: (650) 752-3605
                                            *Counsel for Defendants*
19

20  Dated: September 17, 2007                AFFYMETRIX LITIGATION UNIT

21                                          By: _____
                                            Peter E. Root (142348)
22                                          6550 Vallejo Street, Suite 100
                                            Emeryville, California 94608
23                                          Telephone: (510) 428-8517
                                            Facsimile: (510) 428-8583
24                                          E-mail address: peter_root@affymetrix.com
                                            *Counsel for Individual Defendants*
25

26                                          ----and----

27
    Dated: September 17, 2007                SCHIFFRIN BARROWAY
28

TOPAZ & KESSLER LLP

By: /s/ Robin Winchester
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail address: rwinchester@sbtklaw.com
*Lead Counsel for Lead Plaintiffs*

Dated: September 17, 2007

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____
Travis E. Downs III (148274)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail address: travisd@csgrr.com
*Lead Counsel for Lead Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the parties' stipulation regarding attendance, it is hereby ordered that a representative of the Defendants' primary insurance carrier will be present for the settlement conference previously scheduled for 9:30 a.m. on September 28, 2007, however, the parties and representatives of the Defendants' excess insurance carriers are not required to attend the settlement conference. At the settlement conference, counsel from Davis Polk & Wardwell shall appear on behalf of Defendants, counsel for the Affymetrix Litigation Unit shall appear on behalf of the Individual Defendants, and counsel from Schiffrin Barroway Topaz & Kessler LLP and Coughlin Stoia Geller Rudman & Robbins LLP shall appear on behalf of Lead Plaintiffs.

IT IS SO ORDERED.

DATED: 9-20-07

Magistrate Judge Richard G. Seeborg