1  ARTHUR J. BURKE (229589)
   RAJAT SONI (242644)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, CA 94025
   Telephone: (650) 752-2005
4  Facsimile: (650) 752-3605
   E-mail address: arthur.burke@dpw.com
5  *Counsel for Defendants*

6  ROBIN WINCHESTER
7  SCHIFFRIN BARROWAY
   TOPAZ & KESSLER LLP
8  280 King of Prussia Road
   Radnor, PA 19087
9  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
10 E-mail address: rwinchester@sbtklaw.com
   *Lead Counsel for Lead Plaintiffs*
11
12 TRAVIS E. DOWNS III (148274)
   COUGHLIN STOIA GELLER
13    RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
14 San Diego, CA 92101-3301
   Telephone: (619) 231-1058
15 Facsimile: (619) 231-7423
   E-mail address: travisd@csgrr.com
16 *Lead Counsel for Lead Plaintiffs*
17
   (additional counsel listed on signature pages)
18
              **UNITED STATES DISTRICT COURT**
19            **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN JOSE DIVISION**
20

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

21                                          ) Case No. C 06-5353 JW
   In Re Affymetrix                          )
22 Derivative Litigation                     )
                                              ) **STIPULATION AND [PROPOSED]**
23 _____        ) **ORDER EXTENDING TIME FOR**
   This Document Relates To:                 ) **RESPONDING TO COMPLAINT**
24 ALL ACTIONS                               )
   _____        )
25

26

27

28

**STIPULATION**

Whereas, on March 31, 2008 this Court granted in part and denied in part Defendants' motion to dismiss the Verified Amended Consolidated Shareholder Derivative Complaint with leave to amend, ordered that Plaintiffs shall file an amended complaint on or before May 1, 2008, and scheduled a case management conference for June 2, 2008 at 10 a.m.;

Whereas, on April 18, 2008, Plaintiffs filed a Verified Second Amended Consolidated Shareholder Derivative Complaint; and

Whereas, Defendants currently have until May 5, 2008 to file a responsive pleading or otherwise respond.

IT IS HEREBY STIPULATED by and between the undersigned as follows:

Defendants shall answer or otherwise respond to the Verified Second Amended Complaint no later than **May 15, 2008.** In the event that Defendants file and serve a motion to dismiss directed at the Verified Second Amended Complaint, Lead Plaintiffs shall have until **June 9, 2008** to oppose, and Defendants shall have until **June 16, 2008** to reply. A hearing on such motion(s) shall be held on **June 30, 2008 at 9 a.m.**

Dated: April 30, 2008                           DAVIS POLK & WARDWELL

                                                By:  /s/
                                                Arthur J. Burke (229589)
                                                Rajat Soni (242644)
                                                1600 El Camino Real
                                                Menlo Park, California  94025
                                                Telephone: (650) 752-2005
                                                Facsimile: (650) 752-3605
                                                *Counsel for Defendants*


Dated: April 30, 2008                           AFFYMETRIX LITIGATION UNIT

                                                By:  /s/
                                                Peter E. Root (142348)
                                                6550 Vallejo Street, Suite 100
                                                Emeryville, California 94608
                                                Telephone: (510) 428-8517
                                                Facsimile: (510) 428-8583
                                                E-mail address: peter_root@affymetrix.com
                                                *Counsel for Individual Defendants*

|   |   |   |
|---|---|---|
| | | ----and---- |
| Dated: April 30, 2008 | | SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP |

By: _/s/_
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail address: rwinchester@sbtklaw.com
*Lead Counsel for Lead Plaintiffs*

Dated: April 30, 2008                    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _/s/_
Travis E. Downs III (148274)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail address: travisd@csgrr.com
*Lead Counsel for Lead Plaintiffs*

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Arthur J. Burke, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of April, 2008, at Menlo Park, California.

                                                                    /s/  Arthur J. Burke
                                                                         Arthur J. Burke

**ORDER**

In addition to the dates modified above, the Court also continues the Case Management Conference presently scheduled for June 2, 2008 to **June 30, 2008 at 10 a.m.** to coincide with the hearing on Defendants' anticipated Motion to Dismiss.

DATED:  __May 2, 2008_____                    _____
                                                                         JUDGE JAMES WARE