IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Affymetrix Derivative Litigation | NO. C 06-05353 JW<br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

_____/

A Case Management Conference in the above entitled case is presently set for June 2, 2008. However, a hearing on Defendants' Motions to Dismiss is presently scheduled for **June 30, 2008 at 9 a.m.** In light of the pending motions to dismiss, the Court VACATES the conference set on June 2, 2008. The Court will reschedule the case management conference, if necessary, in its Order addressing Defendants' motions.

Dated: May 20, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Alan Roth Plutzik aplutzik@bramsonplutzik.com
Angela Lucille Dunning adunning@cooley.com
Arthur Joseph Burke arthur.burke@dpw.com
Benny Copeline Goodman bennyg@csgrr.com
Eric L. Zagar ezagar@sbtklaw.com
Kathryn Anne Schofield kschofield@bramsonplutzik.com
Lawrence Timothy Fisher ltfisher@bramsonplutzik.com
Rajat Soni rajat.soni@dpw.com
Robin Winchester rwinchester@sbtklaw.com
Travis E. Downs travisd@csgrr.com

**Dated: May 20, 2008**                                        **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California