1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11                                              NO. C 06-05353 JW

12    In re Affymetrix Derivative Litigation    **ORDER CONTINUING HEARING ON**
                                                 **DEFENDANTS' MOTIONS TO DISMISS**
13

14    _____/

15

16          The Court continues the hearing on Defendants' various motions to dismiss currently set for

17    June 30, 2008 to **July 2, 2008 at 9 a.m.** to give the parties sufficient time to argue the issues set

18    forth in their briefs.

19

20    Dated: June 25, 2008                    _____
                                              JAMES WARE
21                                            United States District Judge

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Alan Roth Plutzik aplutzik@bramsonplutzik.com

Angela Lucille Dunning adunning@cooley.com

3

Arthur Joseph Burke arthur.burke@dpw.com

Benny Copeline Goodman bennyg@csgrr.com

4

Eric L. Zagar ezagar@sbtklaw.com

Kathryn Anne Schofield kschofield@bramsonplutzik.com

5

Lawrence Timothy Fisher ltfisher@bramsonplutzik.com

Rajat Soni rajat.soni@dpw.com

6

Robin Winchester rwinchester@sbtklaw.com

Travis E. Downs travisd@csgrr.com

7

8

**Dated: June 25, 2008**                      **Richard W. Wieking, Clerk**

9

10                                                              By: __/s/ JW Chambers_____

                                                                        **Elizabeth Garcia**

11                                                                      **Courtroom Deputy**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28