1  PETER E. ROOT (142348)
   DEWEY & LEBOEUF LLP
2  1950 University Avenue, Suite 500
   East Palo Alto, CA 94303
3  Telephone: (650) 845-7000
   Facsimile: (650) 845-7333
4  E-mail address: proot@dl.com
   *Counsel for Individual Defendants*
5
   ARTHUR J. BURKE (229589)
6  DAVIS POLK & WARDWELL
   1600 El Camino Real
7  Menlo Park, CA 94025
   Telephone: (650) 752-2005
8  Facsimile: (650) 752-3605
   E-mail address: arthur.burke@dpw.com
9  *Counsel for Nominal Defendant Affymetrix*

10 ROBIN WINCHESTER
   SCHIFFRIN BARROWAY
11 TOPAZ & KESSLER LLP
   280 King of Prussia Road
12 Radnor, PA 19087
13 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
14 E-mail address: rwinchester@sbtklaw.com
   *Lead Counsel for Lead Plaintiffs*
15
   TRAVIS E. DOWNS III (148274)
16 COUGHLIN STOIA GELLER
17    RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
18 San Diego, CA 92101-3301
   Telephone: (619) 231-1058
19 Facsimile: (619) 231-7423
   E-mail address: travisd@csgrr.com
20 *Lead Counsel for Lead Plaintiffs*
21
   (additional counsel listed on signature pages)
22
                    **UNITED STATES DISTRICT COURT**
23                  **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
24
                                          )  Case No. C 06-5353 JW
25 In Re Affymetrix                       )
   Derivative Litigation                  )
26 _____)  **STIPULATION AND [PROPOSED]**
                                          )  **ORDER EXTENDING TIME FOR**
27 This Document Relates To:              )  **RESPONDING TO COMPLAINT**
   ALL ACTIONS                            )
28 _____)

IT IS SO ORDERED
*Judge James Ware*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONDING TO COMPLAINT
CASE NO. C 06-5353 JW

## STIPULATION

Whereas, on October 24, 2008 this Court granted in part and denied in part Defendants' motion to dismiss the Verified Second Amended Consolidated Shareholder Derivative Complaint with leave to amend;

Whereas, Defendants currently have until November 7, 2008 to file a responsive pleading;

IT IS HEREBY STIPULATED by and between the undersigned as follows:

Defendants shall have until November 24, 2008 to answer the Verified Second Amended Consolidated Shareholder Derivative Complaint.

Dated: November 7, 2008           DAVIS POLK & WARDWELL

                                  By: /s/ Arthur J. Burke
                                  Arthur J. Burke (229589)
                                  1600 El Camino Real
                                  Menlo Park, California 94025
                                  Telephone: (650) 752-2005
                                  Facsimile: (650) 752-3605
                                  E-mail address: arthur.burke@dpw.com
                                  *Counsel for Nominal Defendant Affymetrix*

Dated: November 7, 2008           DEWEY & LEBOEUF LLP

                                  By: /s/ Peter E. Root
                                  Peter E. Root (142348)
                                  1950 University Avenue, Suite 500
                                  East Palo Alto, CA 94303
                                  Telephone: (650) 845-7000
                                  Facsimile: (650) 845-7333
                                  E-mail address: proot@dl.com
                                  *Counsel for Individual Defendants*

Dated: November 7, 2008           COOLEY GODWARD KRONISH LLP

                                  By: /s/ Jeffrey M. Kaban
                                  Jeffrey M. Kaban (235743)
                                  Five Palo Alto Square
                                  3000 El Camino Real
                                  Palo Alto, CA 94306-2155
                                  Telephone: (650) 843-5000
                                  Facsimile: (650) 845-7333
                                  E-mail address: jkaban@cooley.com
                                  *Counsel for Defendant Ronald D. Verdoorn*

|   |   |
|---|---|
| Dated: November 7, 2008 | ----and----<br><br>SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP<br><br>By: /s/ Robin Winchester<br>Robin Winchester<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>E-mail address: rwinchester@sbtklaw.com<br>*Lead Counsel for Lead Plaintiffs* |
| Dated: November 7, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br><br>By: /s/ Travis E. Downs III<br>Travis E. Downs III (148274)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>E-mail address: travisd@csgrr.com<br>*Lead Counsel for Lead Plaintiffs* |

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Arthur J. Burke, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of November, 2008, at Menlo Park, California.

/s/ Arthur J. Burke
Arthur J. Burke

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: November 20, 2008

JUDGE JAMES WARE