```
 1  PETER E. ROOT (142348)
    DEWEY & LEBOEUF LLP
 2  1950 University Avenue, Suite 500
    East Palo Alto, CA 94303
 3  Telephone: (650) 845-7000
    Facsimile: (650) 845-7333
 4  E-mail address: proot@dl.com
    Counsel for Individual Defendants
 5
    ARTHUR J. BURKE (229589)
 6  DAVIS POLK & WARDWELL
    1600 El Camino Real
 7  Menlo Park, CA 94025
    Telephone:  (650) 752-2005
 8  Facsimile:  (650) 752-3605
    E-mail address: arthur.burke@dpw.com
 9  Counsel for Nominal Defendant Affymetrix

10  ROBIN WINCHESTER
    BARROWAY TOPAZ KESSLER
11  MELTZER & CHECK, LLP
    280 King of Prussia Road
12  Radnor, PA 19087
    Telephone: (610) 667-7706
13  Facsimile: (610) 667-7056
14  E-mail address: rwinchester@btkmc.com
    Lead Counsel for Lead Plaintiffs
15
    TRAVIS E. DOWNS III (148274)
16  COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
17  655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
18  Telephone: (619) 231-1058
19  Facsimile: (619) 231-7423
    E-mail address: travisd@csgrr.com
20  Lead Counsel for Lead Plaintiffs

21  (additional counsel listed on signature pages)
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In Re Affymetrix Derivative Litigation | Case No. C 06-5353 JW |
| This Document Relates To:<br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONDING TO COMPLAINT |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONDING TO COMPLAINT
CASE NO. C 06-5353 JW

## STIPULATION

Whereas, on October 24, 2008, this Court granted in part and denied in part Defendants' motion to dismiss the Verified Second Amended Consolidated Shareholder Derivative Complaint (the "Second Amended Complaint") with leave to amend;

Whereas, Plaintiffs have elected not to file an amended complaint as permitted by the Court in its October 24, 2008 Order, and have designated the Second Amended Complaint as the operative complaint to which Defendants must respond;

Whereas, the deadline to respond to the Second Amended Complaint was extended by stipulation and order to November 24, 2008;

Whereas, the parties are discussing settlement possibilities and the brief extension set forth below will enable the parties to determine whether such discussions would be productive to engage in at this time;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that Defendants shall have until December 3, 2008, to answer the Second Amended Complaint.

Dated: November 21, 2008

DAVIS POLK & WARDWELL

By: /s/ Arthur J. Burke
Arthur J. Burke (229589)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2005
Facsimile: (650) 752-3605
E-mail address: arthur.burke@dpw.com
*Counsel for Nominal Defendant Affymetrix*

Dated: November 21, 2008

DEWEY & LEBOEUF LLP

By: /s/ Peter E. Root
Peter E. Root (142348)
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333
E-mail address: proot@dl.com
*Counsel for Individual Defendants*

| | | |
|---|---|---|
| 1 | Dated: November 21, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | By:  /s/ Jeffrey M. Kaban |
| | | Jeffrey M. Kaban |
| | | Five Palo Alto Square |
| 4 | | 3000 El Camino Real |
| | | Palo Alto, CA 94306-2155 |
| 5 | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 845-7333 |
| 6 | | E-mail address: jkaban@cooley.com |
| | | *Counsel for Defendant Ronald D. Verdoorn* |
| 7 | | |
| 8 | | |
| 9 | Dated: November 21, 2008 | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP |
| 10 | | |
| 11 | | By:  /s/ Robin Winchester |
| | | Robin Winchester |
| 12 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| | | Telephone: (610) 667-7706 |
| 13 | | Facsimile: (610) 667-7056 |
| | | E-mail address: rwinchester@btkmc.com |
| 14 | | *Lead Counsel for Lead Plaintiffs* |
| 15 | | |
| 16 | Dated: November 21, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 17 | | |
| 18 | | By:  /s/ Travis E. Downs III |
| | | Travis E. Downs III (148274) |
| 19 | | 655 West Broadway, Suite 1900 |
| | | San Diego, CA 92101-3301 |
| | | Telephone: (619) 231-1058 |
| 20 | | Facsimile: (619) 231-7423 |
| | | E-mail address: travisd@csgrr.com |
| 21 | | *Lead Counsel for Lead Plaintiffs* |

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONDING TO COMPLAINT
CASE NO. C 06-5353 JW

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Peter E. Root, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of November, 2008, at East Palo Alto, California.

                                                     /s/ Peter E. Root
                                                     Peter E. Root

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: November 24, 2008

/s/ James Ware
JUDGE JAMES WARE