1  ARTHUR J. BURKE (229589)
   DAVIS POLK & WARDWELL
2  1600 El Camino Real
   Menlo Park, CA 94025
3  Telephone: (650) 752-2005
   Facsimile: (650) 752-3605
4  E-mail address: arthur.burke@dpw.com
   *Counsel for Nominal Defendant Affymetrix*
5

6  ROBIN WINCHESTER
   BARROWAY TOPAZ KESSLER
7  MELTZER & CHECK, LLP
   280 King of Prussia Road
8  Radnor, PA 19087
   Telephone: (610) 667-7706
9  Facsimile: (610) 667-7056
   E-mail address: rwinchester@sbtklaw.com
10 *Lead Counsel for Lead Plaintiffs*

11 TRAVIS E. DOWNS III (148274)
   COUGHLIN STOIA GELLER
12     RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
13 San Diego, CA 92101-3301
   Telephone: (619) 231-1058
14 Facsimile: (619) 231-7423
   E-mail address: travisd@csgrr.com
15
   *Lead Counsel for Lead Plaintiffs*
16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In Re Affymetrix Derivative Litigation | ) Case No. C 06-5353 JW )<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER EXTENDING TIME FOR**<br>) **RESPONDING TO COMPLAINT** |
| This Document Relates To:<br>ALL ACTIONS | ) <br>) |

**STIPULATION**

Whereas, on October 24, 2008, this Court granted in part and denied in part Defendants' motion to dismiss the Verified Second Amended Consolidated Shareholder Derivative Complaint (the "Second Amended Complaint") with leave to amend;

Whereas, the deadline to respond to the Second Amended Complaint was extended by stipulation and order to December 3, 2008;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that Nominal Defendant Affymetrix shall have until December 4, 2008, to answer the Second Amended Complaint.

Dated: December 3, 2008

DAVIS POLK & WARDWELL

By:  /s/ Arthur J. Burke
Arthur J. Burke (229589)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2005
Facsimile: (650) 752-3605
E-mail address: arthur.burke@dpw.com
*Counsel for Nominal Defendant Affymetrix*

Dated: December 3, 2008

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

By:  /s/ Robin Winchester
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail address: rwinchester@btkmc.com
*Lead Counsel for Lead Plaintiffs*

Dated: December 3, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By:  /s/ Travis E. Downs III
Travis E. Downs III (148274)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail address: travisd@csgrr.com
*Lead Counsel for Lead Plaintiffs*

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Arthur J. Burke, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of December, 2008, at East Palo Alto, California.

                                               /s/ Arthur J. Burke
                                                Arthur J. Burke

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: December 9, 2008

                                                JUDGE JAMES WARE