IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Affymetrix Derivative Litigation | NO. C 06-05353 JW |
| | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

  On December 15, 2008, the parties are scheduled to appear for a Case Management Conference. The parties have timely filed a Joint Case Management Statement. (Docket Item No. 127.) In the Joint Statement, the parties represent that they will be attending mediation on December 19, 2008. In light of this representation, the Court finds good cause to continue the parties' Case Management Conference until such time as the parties have attended mediation.

  Accordingly, the Court CONTINUES the December 15, 2008 Case Management Conference to **January 26, 2009 at 10:00 a.m.** On or before **January 16, 2009**, the parties shall file a Joint Case Management Conference Statement. The Statement shall, among other things, update the Court on the status of the parties' settlement efforts and include a good faith discovery plan with a proposed date for the close of all discovery.

Dated: December 10, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Alan Roth Plutzik aplutzik@bramsonplutzik.com
Angela Lucille Dunning adunning@cooley.com
Arthur Joseph Burke arthur.burke@dpw.com
Barbara A. Caulfield bcaulfield@dl.com
Benny Copeline Goodman bennyg@csgrr.com
Eric L. Zagar ezagar@sbtklaw.com
Jeffrey Michael Kaban kabanjm@cooley.com
John C. Dwyer dwyerjc@cooley.com
John Walter Downing jdowning@dl.com
Kathryn Anne Schofield kschofield@bramsonplutzik.com
Lawrence Timothy Fisher ltfisher@bramsonplutzik.com
Peter Edward Root proot@dl.com
Rajat Soni rajat.soni@dpw.com
Robin Winchester rwinchester@sbtklaw.com
Travis E. Downs travisd@csgrr.com

**Dated:  December 10, 2008**          **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**