IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Affymetrix Derivative Litigation | NO. C 06-05353 JW |
| | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On January 26, 2009, the parties are scheduled to appear for a Case Management Conference. The parties have timely filed a Joint Case Management Statement. (See Docket Item No. 130.) In their Joint Statement, the parties represent that they have made progress toward a mediated resolution of this action and request additional time to proceed with mediation before holding a conference with the Court. Based on this representation, the Court finds that a Case Management Conference is unnecessary at this time.

Accordingly, the Court VACATES the January 26, 2009 Case Management Conference. The parties shall instead appear for a Case Management Conference on **March 23, 2009 at 10:00 a.m.** On or before **March 13, 2009**, the parties shall file a Joint Status Report, in which they shall apprise the Court of their progress toward settlement.

In light of this extension, the Court encourages the parties to use the time and work in good faith to reduce their settlement to a writing. Otherwise, the parties shall propose a schedule to advance this case in their Joint Status Report.

Dated: January 21, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Alan Roth Plutzik aplutzik@bramsonplutzik.com
Angela Lucille Dunning adunning@cooley.com
Arthur Joseph Burke arthur.burke@dpw.com
Barbara A. Caulfield bcaulfield@dl.com
Benny Copeline Goodman bennyg@csgrr.com
Eric L. Zagar ezagar@sbtklaw.com
Jeffrey Michael Kaban kabanjm@cooley.com
John C. Dwyer dwyerjc@cooley.com
John Walter Downing jdowning@dl.com
Kathryn Anne Schofield kschofield@bramsonplutzik.com
Lawrence Timothy Fisher ltfisher@bramsonplutzik.com
Peter Edward Root proot@dl.com
Rajat Soni rajat.soni@dpw.com
Robin Winchester rwinchester@sbtklaw.com
Travis E. Downs travisd@csgrr.com

**Dated: January 21, 2009**             **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**