COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
     – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bennyg@csgrr.com

BARROWAY TOPAZ MELTZER
 MELTZER & CHECK, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com

Lead Counsel for Plaintiffs

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re AFFYMETRIX DERIVATIVE LITIGATION ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | No. C-06-05353-JW<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

1    On December 19, 2008, the parties participated in an all day mediation session with mediator
2  Mr. Anthony Piazza, at which time certain agreements were reached regarding a resolution of this
3  matter.  The parties are now drafting the appropriate settlement documentation.  The parties
4  presently anticipate being able to complete the documentation of the settlement and to seek
5  preliminary approval of the settlement by April 15, 2009.
6    Accordingly, the parties respectfully request that the case management conference scheduled
7  on March 23, 2009, be continued until April 15, 2009, at which time the Court may consider whether
8  preliminary approval of the settlement should be granted.

9  DATED:  March 12, 2009                          COUGHLIN STOIA GELLER
                                                     RUDMAN & ROBBINS LLP
10                                                  TRAVIS E. DOWNS III
                                                    BENNY C. GOODMAN III
11

12                                                       s/ Benny C. Goodman III
                                                    BENNY C. GOODMAN III
13
                                                    655 West Broadway, Suite 1900
14                                                  San Diego, CA  92101-3301
                                                    Telephone:  619/231-1058
15                                                  619/231-7423 (fax)

16                                                  COUGHLIN STOIA GELLER
                                                     RUDMAN & ROBBINS LLP
17                                                  SHAWN A. WILLIAMS
                                                    100 Pine Street, Suite 2600
18                                                  San Francisco, CA  94111
                                                    Telephone:  415/288-4545
19                                                  415/288-4534 (fax)

20                                                  BARROWAY TOPAZ KESSLER
                                                     MELTZER & CHECK, LLP
21                                                  ERIC L. ZAGAR
                                                    ROBIN WINCHESTER
22                                                  280 King of Prussia Road
                                                    Radnor, PA  19087
23                                                  Telephone:  610/667-7706
                                                    610/667-7056 (fax)
24
                                                    Lead Counsel for Plaintiffs
25

26

27

28

JOINT CASE MANAGEMENT STATEMENT - C-06-05353-JW                                    - 1 -

1  DATED:  March 12, 2009                      DAVIS POLK WARDWELL
                                               ARTHUR J. BURKE
2

3                                                  s/ Arthur J. Burke
                                                   ARTHUR J. BURKE
4

5                                              1600 El Camino Real
                                               Menlo Park, CA  94025
                                               Telephone:  650/752-2005
6                                              650/752-3605 (fax)

7                                              Attorneys for Nominal Defendant Affymetrix

8       *I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that Arthur J. Burke has concurred in this filing.*
9

10
    DATED:  March 12, 2009                    DEWEY & LEBOEUF LLP
11                                             PETER E. ROOT

12
                                                   s/ Peter E. Root
13                                                 PETER E. ROOT

14                                             1950 University Avenue, Suite 500
                                               East Palo Alto, CA  94303
15                                             Telephone:  650/845-7000
                                               650/845-7333 (fax)

16                                             Attorneys for Individual Defendants

17      *I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I
18  hereby attest that Peter E. Root has concurred in this filing.*

19  DATED:  March 12, 2009                    COOLEY GODWARD KRONISH LLP
                                               JEFFREY M. KABAN
20

21                                                 s/ Jeffrey M. Kaban
                                                   JEFFREY M. KABAN
22

23                                             3000 El Camino Real
                                               Palo Alto, CA  94306-2155
                                               Telephone:  650/843-5000
24                                             650/849-7400 (fax)

25                                             Attorneys for Defendant Ronald D. Verdoorn

26      *I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I
27  hereby attest that Jeffrey M. Kaban has concurred in this filing.*

28  S:\CasesSD\Affymetrix Derivative\MIS00058213-cmc.doc

JOINT CASE MANAGEMENT STATEMENT - C-06-05353-JW                                     - 2 -

***** ORDER *****

In light of the parties' representation, the Court VACATES the Case Management Conference presently set for March 23, 2009 and sets **April 27, 2009 at 9 a.m.** as a hearing date for Preliminary Approval of Class Settlement. On or before **April 17, 2009**, the parties shall file all the necessary documents for the Court's review in preparation for the April 27 hearing.

Dated: March 18, 2009

James Ware
JAMES WARE
United States District Judge