COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
  – and –
TRAVIS E. DOWNS III (148274)
JEFFREY D. LIGHT (159515)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
jeffl@csgrr.com
bennyg@csgrr.com

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
ERIC L. ZAGAR (250519)
ROBIN WINCHESTER
TARA P. KAO
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
tkao@btkmc.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re AFFYMETRIX DERIVATIVE LITIGATION | ) No. C-06-05353-JW )  ) NOTICE OF STATUS OF FILING ) SETTLEMENT DOCUMENTS ) |
| This Document Relates To:   ALL ACTIONS. | ) DATE: April 27, 2009 ) TIME: 9:00 a.m. ) COURTROOM: The Honorable )                           James Ware |

IT IS SO ORDERED
Judge James Ware
4/23/2009

1   This statement is filed on behalf of Federal Plaintiffs Samuel D. Powers, Dr. Norman Bolz
2   and Dr. Irwin Berkowitz, Individual Defendants Stephen P.A. Fodor, Ph.D., Paul Berg, John A.
3   Young, John D. Diekman, Vernon R. Loucks, Jr., David B. Singer, Kenneth J. Nussbacher, Richard
4   P. Rava, Gregory T. Schiffman, Susan E. Siegel, Edward M. Hurwitz, Vernon A. Norviel and
5   Ronald D. Verdoorn, nominal defendant Affymetrix, Inc. ("Affymetrix") and Affymetrix's Special
6   Litigation Committee of its Board of Directors. We previously advised the Court that the parties in
7   this action have agreed to terms on a settlement of this derivative action, and a hearing for
8   preliminary approval of the proposed settlement has been set for Monday, April 27, 2009, at 9:00
9   a.m. The parties have been diligently working on the drafting of a mutually agreeable stipulation of
10  settlement and supporting papers over the last several weeks. The negotiation and drafting of those
11  papers is completed and the parties are in the process of final approval. As a result, the parties
12  believe that they will be able to file the stipulation and supporting papers no later than noon on
13  Wednesday, April 29, 2009. The parties therefore respectively propose that the hearing for
14  preliminary approval of settlement be continued until Monday, May 4, 2009, at 9:00 a.m., or such
15  time that would be convenient for the Court.

16  DATED: April 23, 2009

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
JEFFREY D. LIGHT
BENNY C. GOODMAN III


                s/ Jeffrey D. Light
            JEFFREY D. LIGHT

NOTICE OF STATUS OF FILING SETTLEMENT DOCUMENTS - C-06-05353-JW                                - 1 -

|   |   |
|---|---|
| 1 |   |
| 2 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301<br>Telephone:  619/231-1058 |
| 3 | 619/231-7423 (fax) |
| 4 | BARROWAY TOPAZ KESSLER<br>  MELTZER & CHECK, LLP |
| 5 | ERIC L. ZAGAR<br>ROBIN WINCHESTER |
| 6 | 280 King of Prussia Road<br>Radnor, PA  19087 |
| 7 | Telephone:  610/667-7706<br>610/667-7056 (fax) |
| 8 |   |
|   | Lead Counsel for Plaintiffs |

9 \*\*\*\*\*\*\*\*\*\*

10 **IT IS SO ORDERED:**

11

12 The Preliminary Approval hearing currently set for April 27, 2009 at 9:00 AM is CONTINUED to May 4, 2009 at 9:00 AM. The parties are to file their respective documents on or before **April 29, 2009 by NOON.**

13

14 Dated: April 23, 2009

_____
United States District Judge James Ware

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2009.

    s/ Jeffrey D. Light
JEFFREY D. LIGHT

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:jeffl@csgrr.com

## Mailing Information for a Case 5:06-cv-05353-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Joseph Burke**
  arthur.burke@dpw.com

- **Barbara A. Caulfield**
  bcaulfield@dl.com,shanlon@dl.com

- **John Walter Downing**
  jdowning@dl.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Angela Lucille Dunning**
  adunning@cooley.com

- **John C. Dwyer**
  giovannonib@cooley.com,dwyerjc@cooley.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,mcintoshjc@cooley.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Peter Edward Root**
  proot@dl.com,dmeek@dl.com

- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Rajat Soni**
  rajat.soni@dpw.com,arthur.burke@dpw.com,brian.romanow@dpw.com

- **Robin Winchester**
  rwinchester@sbtklaw.com,cmcginnis@sbtklaw.com,swolfenden@sbtklaw.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```

**Manual Notice**

Justin Goodyear
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
 212/450-4000
 212/450-3800 (Fax)